WILLIAM P. RILEY, Respondent, v. "JAMES" M. KELLY, First Name "James" Being Fictitious, etc., Appellant.— Order so far as appealed from affirmed, with

ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.